NATHAN R. MORALES
nathan.morales@stoel.com
JAMES E. TORGERSON
jim.torgerson@stoel.com
WHITNEY BROWN
whitney.brown@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS BYERS, SKYLER GRENN, and KAREN PRESTEGARD, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORTHOALASKA, LLC,<br><br>    Defendant. | Case No. 3:23-CV-00242-SLG |

## JOINT NOTICE OF SETTLEMENT

On April 18, 2024, this Court entered an Order acknowledging that Plaintiffs and Defendant (the "Parties") "have a scheduled mediation for May 10, 2024." (ECF-27). The Court also ordered that "on or before May 31, 2024, or within 14 days of this Court's resolution of the pending Motion to Dismiss," counsel should confer to complete the previously filed scheduling order. *Id.*

Case No. 3:23-CV-00242-SLG      1

Now, the Parties respectfully and jointly notify the Court that a settlement in principle has been reached. The Parties are drafting the final settlement documents and Plaintiffs, by and through their counsel, will file a Motion for Preliminary Approval of the Settlement Agreement within forty-five (45) days of this Notice.

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
Main 503.224.3380   Fax 503.220.2480

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
Main 503.224.3380   Fax 503.220.2480

DATED: May 30, 2024

**STOEL RIVES LLP**

*s/ Nathan R. Morales*

Nathan R. Morales (admitted *pro hac vice*)
nathan.morales@stoel.com
James E. Torgerson
jim.torgerson@stoel.com
Whitney Brown
Whitney.brown@stoel.com

*Attorneys for Defendant OrthoAlaska, LLC*

**COLE & VAN NOTE**

*s/ Scott Edward Cole*

Scott Edward Cole
sec@colevannote.com

*Attorneys for Plaintiffs*

**CHESTNUT CAMBRONNE PA**

*s/ Bryan L. Bleichner*

Bryan L. Bleichner
Philip J. Krzeski
bbleichner@chestnutcambronnne.com
pkrzeski@chestnutcambronne.com

*Attorneys for Plaintiff Karen Prestegard*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**

*s/ Gary M. Klinger*

Gary M. Klinger (admitted *pro hac vice*)
gklinger@milberg.com

*Attorneys for Plaintiffs*

Case No. 3:23-CV-00242-SLG   3

**EHRHARDT, ELSNER, AND COOLEY**

*s/ Joshua Bryan Cooley*_____
josh@907legal.com
Katherine Elsener
katie@907legal.com

*Attorneys for Plaintiffs*

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380 Fax 503.220.2480*

Case No. 3:23-CV-00242-SLG    4
123455182.1 0048143-00173

Case 3:23-cv-00242-SLG    Document 28    Filed 05/31/24    Page 4 of 4