Scott Edward Cole, Esq. (CA S.B. # 160744)*
Laura Grace Van Note, Esq. (CA S.B. # 310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

Bryan L. Bleichner (CA S.B. # 220340)*
Philip J. Krzeski (MN S.B. # 0403291)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Email: bbleichner@chestnutcambronne.com
Email: pkrzeski@chestnutcambronne.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

*Admitted pro hac vice*

*Interim Co-Lead Class Counsel*
*Attorneys for Plaintiffs and*
*the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THOMAS BYERS, SKYLER GRENN, and KAREN PRESTEGARD, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>ORTHOALASKA, LLC,<br><br>      Defendant. | **Case No. 3:23-cv-00242-SLG**<br>(Consolidated Lead Case) |

-1-
Joint Status Report and Stipulated Request
for an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG Document 30 Filed 07/15/24 Page 1 of 4

# JOINT STATUS REPORT AND STIPULATED REQUEST FOR AN EXTENSION TO FINALIZE THE SETTLEMENT AGREEMENT

On June 4, 2024, this Court entered an Order requesting a status report on the progress of finalizing the Settlement Agreement between Plaintiffs Thomas Byers, Skyler Grenn and Karen Prestegard (collectively, "Plaintiffs") and Defendant OrthoAlaska, LLC ("Defendant") (collectively, the "Parties"). Plaintiffs finished the first draft of the Settlement Agreement and will send it to Defendant for review by July 17, 2024.

The Parties jointly stipulate and request a 30-day extension to August 14, 2024, or as soon thereafter as the matter may be heard, to finalize the Settlement Agreement and file a Motion for Preliminary Approval.

Dated: July 15, 2024   By: */s/ Scott Edward Cole*
Scott Edward Cole, Esq. (CA S.B. #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Tel:    (510) 891-9800
Email:  sec@colevannote.com

Bryan L. Bleichner (CA S.B. # 220340)*
Philip J. Krzeski (MN BAR #0403291)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel:    (612) 339-7300
Email:  bbleichner@chestnutcambronne.com
Email:  pkrzeski@chestnutcambronne.com

-2-
Joint Status Report and Stipulated Request
for an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG    Document 30    Filed 07/15/24    Page 2 of 4

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@milberg.com

*Admitted *pro hac vice*

*Attorneys for Representative Plaintiffs and the Plaintiffs Class*

Dated: July 15, 2024

By: */s/ Nathan R. Morales*
Nathan R. Morales, Esq. (OR S.B. # 145763)*
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel.: (503) 224-3380
Email: nathan.morales@stoel.com

James E. Torgerson, Esq. (Bar No. 8509120)*
Whitney Brown, Esq. (Bar No. 1906063)
**STOEL RIVES LLP**
510 L Street, Suite 500
Anchorage, AK 99501
Tel: (907) 277-1900
Email: jim.torgerson@stoel.com
Email: whitney.brown@stoel.com

*Admitted *pro hac vice*

*Attorneys for Defendant*

-3-
Joint Status Report and Stipulated Request
for an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG   Document 30   Filed 07/15/24   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

/s/ *Scott Edward Cole*
Scott Edward Cole, Esq.