Scott Edward Cole, Esq. (CA S.B. #160744)*
Laura Grace Van Note, Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Email:  sec@colevannote.com
Email:  lvn@colevannote.com

Bryan L. Bleichner (CA S.B. # 220340)*
Philip J. Krzeski (MN S.B. #0403291)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone:  (612) 339-7300
Email:  bbleichner@chestnutcambronne.com
Email:  pkrzeski@chestnutcambronne.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone:  (866) 252-0878
Email: gklinger@milberg.com

*Admitted pro hac vice*

*Interim Co-Lead Class Counsel*
*Attorneys for Plaintiffs and*
*the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS BYERS, SKYLER GRENN, and KAREN PRESTEGARD, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ORTHOALASKA, LLC,<br><br>        Defendant. | **Case No. 3:23-cv-00242-SLG**<br>(Consolidated Lead Case) |

-1-
Joint Status Report and Stipulated Request
for an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG   Document 32   Filed 08/15/24   Page 1 of 4

# JOINT STATUS REPORT AND STIPULATED REQUEST FOR AN EXTENSION TO FINALIZE THE SETTLEMENT AGREEMENT

Plaintiffs Thomas Byers, Skyler Grenn, and Karen Prestegard ("Plaintiffs") and Defendant Orthoalaska, LLC ("Defendant") (collectively, the "Parties") have exchanged several drafts of the Settlement Agreement and are negotiating several material terms. The Parties hereby jointly stipulate and request a 30-day extension until September 13, 2024, or as soon thereafter as the matter may be heard, to finalize the Settlement Agreement and file a Motion for Preliminary Approval.

-2-
Joint Status Report and Stipulated Request
for an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG   Document 32   Filed 08/15/24   Page 2 of 4

| | |
|---|---|
| Dated: August 15, 2024 | By: */s/ Philip J. Krzeski*<br>Bryan L. Bleichner (CA S.B. # 220340)*<br>Philip J. Krzeski (MN BAR #0403291)*<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Tel: (612) 339-7300<br>Email: bbleichner@chestnutcambronne.com<br>Email: pkrzeski@chestnutcambronne.com<br><br>Scott Edward Cole, Esq. (CA S.B. #160744)*<br>**COLE & VAN NOTE**<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Tel: (510) 891-9800<br>Email: sec@colevannote.com<br><br>Gary M. Klinger*<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>Email: gklinger@milberg.com<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Representative Plaintiffs and the Plaintiffs Class* |
| Dated: August 15, 2024 | By:*/s/ Nathan R. Morales*<br>Nathan R. Morales, Esq. (OR S.B. # 145763)*<br>**STOEL RIVES LLP**<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Tel.: (503) 224-3380<br>Email: nathan.morales@stoel.com |

-3-
Joint Status Report and Stipulated Request
for an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG   Document 32   Filed 08/15/24   Page 3 of 4

James E. Torgerson, Esq. (Bar No. 8509120)*
Whitney Brown, Esq. (Bar No. 1906063)
**STOEL RIVES LLP**
510 L Street, Suite 500
Anchorage, AK  99501
Tel: (907) 277-1900
Email: jim.torgerson@stoel.com
Email: whitney.brown@stoel.com

*Admitted *pro hac vice*

*Attorneys for Defendant*

-4-
Joint Status Report and Stipulated Request
for an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG   Document 32   Filed 08/15/24   Page 4 of 4