Scott Edward Cole, Esq. (CA S.B. #160744)*
Laura Grace Van Note, Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

Bryan L. Bleichner (CA S.B. # 220340)*
Philip J. Krzeski (MN S.B. #0403291)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Email: bbleichner@chestnutcambronne.com
Email: pkrzeski@chestnutcambronne.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

*Admitted pro hac vice*

*Interim Co-Lead Class Counsel*
*Attorneys for Plaintiffs and the*
*Putative Class*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS BYERS, SKYLER GRENN, and KAREN PRESTEGARD, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>ORTHOALASKA, LLC,<br><br>          Defendant | **Case No. 3:23-cv-00242-SLG**<br>(Consolidated Lead Case) |

1

Joint Status Report and Stipulated Request for
an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

## JOINT STATUS REPORT AND STIPULATED REQUEST FOR AN EXTENSION TO FINALIZE THE SETTLEMENT AGREEMENT

Plaintiffs Thomas Byers, Skyler Grenn, and Karen Prestegard ("Plaintiffs") and Defendant Orthoalaska, LLC ("Defendant") (collectively, the "Parties") hereby submit this joint status report as ordered by the Court. Accordingly, the parties request an additional fourteen (14) days to finalize and execute the Settlement Agreement and for Plaintiffs to file their Motion for Preliminary Approval. The Parties hereby jointly stipulate and request a 14-day extension until September 27, 2024, or as soon thereafter as the matter may be heard, to finalize the Settlement Agreement and file a Motion for Preliminary Approval.

Joint Status Report and Stipulated Request for
an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Dated: September 12, 2024    By: */s/ Gary M. Klinger*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel:       (866) 252-0878
Email:   gklinger@milberg.com

Bryan L. Bleichner (CA S.B. # 220340)*
Philip J. Krzeski (MN BAR #0403291)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel:       (612) 339-7300
Email:   bbleichner@chestnutcambronne.com
Email:   pkrzeski@chestnutcambronne.com

Scott Edward Cole, Esq. (CA S.B. #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Tel:       (510) 891-9800
Email:   sec@colevannote.com

*Admitted *pro hac vice*

*Attorneys for Representative Plaintiffs and the Plaintiffs Class*

Dated: September 12, 2024    By:*/s/ Nathan R. Morales*

Nathan R. Morales, Esq. (OR S.B. # 145763)*
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Tel.:      (503) 224-3380
Email:   nathan.morales@stoel.com

Joint Status Report and Stipulated Request for
an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

James E. Torgerson, Esq. (Bar No. 8509120)*
Whitney Brown, Esq. (Bar No. 1906063)
**STOEL RIVES LLP**
510 L Street, Suite 500
Anchorage, AK  99501
Tel:      (907) 277-1900
Email:    jim.torgerson@stoel.com
Email:    whitney.brown@stoel.com

*Admitted *pro hac vice*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

_/s/ Gary M. Klinger_____
Gary M. Klinger

Joint Status Report and Stipulated Request for
an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG