Scott Edward Cole, Esq. (CA S.B. #160744)*
Laura Grace Van Note, Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

Bryan L. Bleichner (CA S.B. # 220340)* Philip J. Krzeski (MN S.B. #0403291)* **CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Email: bbleichner@chestnutcambronne.com Email: pkrzeski@chestnutcambronne.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

*Admitted pro hac vice*

*Interim Co-Lead Class Counsel*
*Attorneys for Plaintiffs and the*
*Putative Class*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS BYERS, SKYLER GRENN, and KAREN PRESTEGARD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORTHOALASKA, LLC,<br><br>Defendant | Case No. 3:23-cv-00242-SLG (Consolidated Lead Case)<br><br>Joint Status Report and Stipulated Request for an Extension to Finalize the Settlement agreement |

1

Joint Status Report and Stipulated Request for
an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG   Document 36   Filed 09/26/24   Page 1 of 4

# JOINT STATUS REPORT AND STIPULATED REQUEST FOR AN EXTENSION TO FINALIZE THE SETTLEMENT AGREEMENT

Plaintiffs Thomas Byers, Skyler Grenn, and Karen Prestegard ("Plaintiffs") and Defendant OrthoAlaska, LLC ("Defendant") (collectively, the "Parties") hereby submit this joint status report. The parties have been diligently negotiating the finer points of the Settlement Agreement over the last several months, since first reaching settlement in principal in this matter. The parties have now reached an agreement on all matters pertaining to the Settlement Agreement, and request an additional fourteen (14) days to finalize the Settlement Agreement, obtain the required signatures, and for Plaintiffs to file their Motion for Preliminary Approval. The Parties hereby jointly stipulate and request a 14-day extension until October 11, 2024, to finalize the Settlement Agreement and file a Motion for Preliminary Approval.

Dated: September 26, 2024　　　　　　By: */s/ Gary M. Klinger*
　　　　　　　　　　　　　　　　　　　Gary M. Klinger *
　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Tel:　　(866) 252-0878
　　　　　　　　　　　　　　　　　　　Email:　gklinger@milberg.com

　　　　　　　　　　　　　　　　　　　Bryan L. Bleichner (CA S.B. # 220340)*
　　　　　　　　　　　　　　　　　　　Philip J. Krzeski (MN BAR #0403291)*
　　　　　　　　　　　　　　　　　　　**CHESTNUT CAMBRONNE PA**
　　　　　　　　　　　　　　　　　　　100 Washington Avenue South, Suite 1700
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　Tel:　　(612) 339-7300
　　　　　　　　　　　　　　　　　　　Email:　bbleichner@chestnutcambronne.com
　　　　　　　　　　　　　　　　　　　Email:　pkrzeski@chestnutcambronne.com

2
Joint Status Report and Stipulated Request for
an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG　　　Document 36　　　Filed 09/26/24　　　Page 2 of 4

Scott Edward Cole, Esq. (CA S.B. #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Tel: (510) 891-9800
Email: sec@colevannote.com

*Admitted *pro hac vice*

*Attorneys for Representative Plaintiffs and the Plaintiffs Class*

Dated: September 26, 2024     By: */s/ Nathan R. Morales*
Nathan R. Morales, Esq. (OR S.B. # 145763)*
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel.: (503) 224-3380
Email: nathan.morales@stoel.com

James E. Torgerson, Esq. (Bar No. 8509120)*
Whitney Brown, Esq. (Bar No. 1906063)
**STOEL RIVES LLP**
510 L Street, Suite 500
Anchorage, AK 99501
Tel: (907) 277-1900
Email: jim.torgerson@stoel.com
Email: whitney.brown@stoel.com

*Admitted *pro hac vice*

*Attorneys for Defendant*

3
Joint Status Report and Stipulated Request for
an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG     Document 36     Filed 09/26/24     Page 3 of 4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                            */s/ Gary M. Klinger*
                                            Gary M. Klinger

4

Joint Status Report and Stipulated Request for
an Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG     Document 36     Filed 09/26/24     Page 4 of 4