Scott Edward Cole, Esq. (CA S.B. #160744)*
Laura Grace Van Note, Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

Bryan L. Bleichner (CA S.B. # 220340)*
Philip J. Krzeski (MN S.B. #0403291)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Email: bbleichner@chestnutcambronne.com
Email: pkrzeski@chestnutcambronne.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

*Admitted pro hac vice*

*Interim Co-Lead Class Counsel
Attorneys for Plaintiffs and the
Putative Class*

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ALASKA**

| | |
|---|---|
| THOMAS BYERS, SKYLER GRENN, and KAREN PRESTEGARD, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ORTHOALASKA, LLC, <br><br> Defendant. | Case No. 3:23-cv-00242-SLG (Consolidated Lead Case) <br><br> JOINT STATUS REPORT AND STIPULATED REQUEST FOR SEVEN-DAY EXTENSION TO FINALIZE THE SETTLEMENT AGREEMENT |

1

Joint Status Report and Stipulated Request for
Seven-Day Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Case 3:23-cv-00242-SLG    Document 38    Filed 10/11/24    Page 1 of 4

**JOINT STATUS REPORT AND STIPULATED REQUEST FOR A SEVEN-DAY EXTENSION TO FINALIZE THE SETTLEMENT AGREEMENT**

Plaintiffs Thomas Byers, Skyler Grenn, and Karen Prestegard ("Plaintiffs") and Defendant Orthoalaska, LLC ("Defendant") (collectively, the "Parties") hereby submit this joint status report as ordered by the Court. Accordingly, the Parties request an additional seven (7) days to submit Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice Plan. The Parties have finalized the Settlement Agreement and are exchanging drafts of the Motion for Preliminary Approval of Class Action Settlement and Notice Plan. The Parties hereby jointly stipulate and request a 7-day extension until October 18, 2024 to move for Preliminary Approval of Class Action Settlement and Notice Plan.

Joint Status Report and Stipulated Request for
Seven-Day Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

Dated: October 11, 2024    By: */s/ Philip J. Krzeski*

Bryan L. Bleichner (CA S.B. # 220340)*
Philip J. Krzeski (MN BAR #0403291)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Scott Edward Cole, Esq. (CA S.B. #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
*sec@colevannote.com*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

*Admitted *pro hac vice*

***Attorneys for Representative Plaintiffs and the
Plaintiffs Class***

Dated: October 11, 2024    By: */s/ Nathan R. Morales*

Nathan R. Morales, Esq. (OR S.B. # 145763)*
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
*nathan.morales@stoel.com*

Joint Status Report and Stipulated Request for
Seven-Day Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG

James E. Torgerson, Esq. (Bar No. 8509120)*
Whitney Brown, Esq. (Bar No. 1906063)
**STOEL RIVES LLP**
510 L Street, Suite 500
Anchorage, AK  99501
Telephone: (907) 277-1900
*jim.torgerson@stoel.com*
*whitney.brown@stoel.com*

*Admitted *pro hac vice*

***Attorneys for Defendant***

Joint Status Report and Stipulated Request for
Seven-Day Extension to Finalize the Settlement Agreement
Case No. 3:23-cv-00242-SLG