Scott Edward Cole, Esq. (CA S.B. #160744)*
Laura Grace Van Note, Esq. (CA S.B. #310160)* **COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

*Additional Signature Blocks
Listed Below*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THOMAS BYERS, SKYLER GRENN, and KAREN PRESTEGARD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORTHOALASKA, LLC,<br><br>Defendant. | Case No. 3:23-cv-00242-SLG<br>(Consolidated Lead Case) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EIGHT-PAGE ENLARGEMENT FOR PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Thomas Byers, Skyler Grenn, and Karen Prestegard (collectively, "Plaintiffs") respectfully request page enlargement up to 28 pages. For cause, Plaintiffs

1

note that Plaintiff's Unopposed Motion for Preliminary Approval of Class Action settlement addresses the following: (1) the procedural background of the Settlement Agreement reached herein; (2) the factors in Fed. R. Civ. P. 23; (3) the standard for approval of a class action settlement in the Ninth Circuit (*see, e.g., Uschold v. NSMG Shared Services, LLC*, 333 F.R.D. 157, 166 (N.D. Cal. 2019); and (4) the proposed notice plan ensuring that class action comports with principle of due process. Plaintiffs certify an additional eight pages will assist the Court in its determination and is not for any undue purpose. Accordingly, Plaintiffs request the Court grant an eight-page enlargement for Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs conferred with Defendant's counsel who indicated Defendant does not oppose a eight-page enlargement.

Dated: October 18, 2024       Respectfully submitted,

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401-2138
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (847) 208-4585
*gklinger@milberg.com*

Scott E. Cole
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
*sec@colevannote.com*

\*Admitted *pro hac vice*

*Interim Co-Lead Class Counsel Attorneys for Plaintiffs and the Putative Class*