IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS BYERS, individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ORTHOALASKA, LLC,<br><br>        Defendant. | Case No. 3:23-cv-00242-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| SKYLER GRENN, individually of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ORTHOALASKA, LLC,<br><br>        Defendant. | Case No. 3:23-cv-00243-SLG<br><br>CONSOLIDATED |
| KAREN PRESTEGARD, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ORTHOALASKA, LLC,<br><br>        Defendant. | Case No. 3:23-cv-00248-SLG<br><br>CONSOLIDATED |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

At a hearing on March 11, 2025, the Court granted Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement at Docket [45] and requested that the parties file a revised proposed order with changes requested at the hearing. On March 14, 2025, the parties submitted their revised proposed order. Accordingly, the Court issues the following:

**WHEREAS,** the above-captioned class action is pending in this Court (the "Action");

**WHEREAS**, Plaintiffs Thomas Byers, Karen Prestegard, and Skyler Green ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendant OrthoAlaska ("Defendant") have entered into a Settlement Agreement (the "Settlement Agreement") that settles the above-captioned litigation and provides for a complete dismissal with prejudice of the claims asserted against Defendant in the above-captioned action (the "Action") on the terms and conditions set forth in the Settlement Agreement, subject to the approval of the Court;

**WHEREAS**, the Court has read and considered: (a) Plaintiffs' Motion for Final Approval of Class Action Settlement, and the papers filed and arguments made in connection therewith; and (b) the Settlement Agreement and exhibits attached thereto; and

**WHEREAS**, unless otherwise defined herein, the capitalized terms herein shall have the same meaning as they have in the Settlement Agreement.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

Case No. 3:23-cv-00242-SLG, *Byers, et al. v. OrthoAlaska, LLC*
Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement
Page 2 of 9

Case 3:23-cv-00242-SLG    Document 50    Filed 03/21/25    Page 2 of 9

1. The Court, for purposes of this Final Judgment, adopts the defined terms as set forth in the Settlement Agreement for any term not otherwise defined herein.

2. The Court finds that the Settlement Agreement is fair, reasonable, and adequate, as expressed further herein. The Court also finds the Settlement Agreement was entered into in good faith, at arm's length and without collusion. The Court approves and directs consummation of the Settlement Agreement.

3. The Court approves the Release provided in the Settlement Agreement and orders that, as of the Effective Date, the Released Claims will be released as to Released Parties.

4. The Court has and reserves jurisdiction over the Settlement and this Settlement Agreement, and for purposes of the Settlement and Settlement Agreement, the Court has and reserves jurisdiction over the Parties to the Settlement.

5. The Court finds that there is no just reason for delay of entry of final judgment with respect to the foregoing.

6. The Court dismisses with prejudice all claims of the Class against Defendant in the Litigation, without costs and fees except as explicitly provided for in the Settlement Agreement.

Case No. 3:23-cv-00242-SLG, *Byers, et al. v. OrthoAlaska, LLC*
Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement
Page 3 of 9

Case 3:23-cv-00242-SLG   Document 50   Filed 03/21/25   Page 3 of 9

7. The Court grants Plaintiffs' Motion for an Award of Attorneys' Fees (Dkt 44). The Court awards Class Counsel one-third of the Settlement Fund ($395,000) and $3,433.86 in reimbursement of expenses to be paid according to the terms of the Settlement Agreement. This amount of fees and reimbursement is fair and reasonable. The Court awards the Class Representatives, Thomas Byers, Karen Prestegard, and Skyler Green, $2,500.00 each to be paid according to the terms of the Settlement Agreement. The award is justified based on their service to the Class.

8. **Class Certification for Settlement Purposes Only**. For settlement purposes only, the Court certifies, solely for purposes of effectuating the proposed Settlement, a Settlement Class in this matter defined as follows:

> All individuals identified on the Settlement Class List whose personal information may have been involved in the Data Incident.

> The Settlement Class includes approximately 162,000 people. The Settlement Class specifically excludes: (1) the judge presiding over the Litigation, and members of their direct family; (2) Defendant, its subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or Defendant's parent companies have a controlling interest and their current and former officer and directors; and (3) Settlement and Class Members who submit a valid Request for Exclusion prior to the Opt-Out deadlines.

Case No. 3:23-cv-00242-SLG, *Byers, et al. v. OrthoAlaska, LLC*
Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement
Page 4 of 9

Case 3:23-cv-00242-SLG   Document 50   Filed 03/21/25   Page 4 of 9

9. The Court finds that the Class defined above satisfies the requirements of Fed. R. Civ. P. 23(a) and (b)(3) for settlement purposes in that: (a) the Class of approximately 162,000 is so numerous that joinder of all Class Members would be impracticable; (b) there are issues of law and fact that are common to the Class; (c) the claims of the Class Representative are typical of and arise from the same operative facts and seek similar relief as the claims of the Class Members; (d) the Class Representatives and Class Counsel have fairly and adequately protected the interests of the Class, as the Class Representatives have no interests antagonistic to or in conflict with the Class and have retained experienced and competent counsel to prosecute this matter on behalf of the Class; (e) questions of law or fact common to Class Members predominate over any questions affecting only individual members; and (f) a class action and class settlement are superior to other methods available for a fair and efficient resolution of this controversy.

10. Having considered the negotiation of, the terms of, and all of the materials submitted concerning the Settlement Agreement; having considered Plaintiffs' and the Class's likelihood of success both of maintaining this action as a class action and of prevailing on the claims at trial, including the possibility that Defendant could prevail on one or more of its defenses; having considered the range of the Plaintiffs' possible recovery (and that

Case No. 3:23-cv-00242-SLG, *Byers, et al. v. OrthoAlaska, LLC*
Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement
Page 5 of 9

Case 3:23-cv-00242-SLG     Document 50     Filed 03/21/25     Page 5 of 9

of the Class) and the complexity, expense, and duration of the Litigation; and having considered the substance and amount of opposition to the proposed settlement, it is hereby determined that:

a. Plaintiffs and Class Counsel have adequately represented the proposed Class;

b. the terms of the Settlement Agreement were negotiated at arm's length, vigorously advocated by experienced counsel for Plaintiffs and Defendant;

c. the outcome of the Litigation was in doubt when the Settlement was reached making the compromise under this Settlement reasonable under the circumstances;

d. it is possible the proposed Class could receive more if the Litigation were to go to trial, but it is also possible that the proposed Class could receive less (including the possibility of receiving nothing) and/or that Defendant could defeat class certification;

e. the value of immediate recovery outweighs the possibility of future relief that would likely occur, if at all, only after further protracted litigation and appeals;

f. the Parties have in good faith determined the Settlement Agreement is in their respective best interests, including both Plaintiffs and Class

Case No. 3:23-cv-00242-SLG, *Byers, et al. v. OrthoAlaska, LLC*
Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement
Page 6 of 9

Case 3:23-cv-00242-SLG     Document 50     Filed 03/21/25     Page 6 of 9

Counsel determining that it is in the best interest of the Class Members;

    g. the aggregate consideration for the Class—including both the Settlement Fund, which Defendant shall fund, and remedial measures Defendant is or has implemented—is commensurate with the claims asserted and being released as part of the Settlement; and,

    h. the terms of the Settlement Agreement treat the Class Members equitably relative to each other and fall within the range of settlement terms that would be considered a fair, reasonable, and adequate resolution of the Litigation.

11. Therefore, pursuant to Rule 23(e), the terms of the Settlement Agreement are finally approved as fair, reasonable, and adequate as to, and in the best interest of, the Class and each of the Class Members. Class Members who did not opt-out of the Settlement are bound by this Final Approval Order. The Settlement Agreement and its terms shall have res judicata and preclusive effect in, all pending and future lawsuits or other proceedings as to Released Claims and waivers applicable thereto.

12. The Court approves the distribution and allocation of the Settlement Fund under the Settlement Agreement. To the extent that any funds remain after the allocation of the Settlement Fund, attorneys' fees and expenses, Settlement Administration fees and expenses, and Class Representative

Case No. 3:23-cv-00242-SLG, *Byers, et al. v. OrthoAlaska, LLC*
Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement
Page 7 of 9

Case 3:23-cv-00242-SLG     Document 50     Filed 03/21/25     Page 7 of 9

Service awards, the remaining funds will be distributed *cy pres* to CyberSecure Alaska, a 501(c)(3) non-profit organization.

13. This Final Approval Order, and all statements, documents, or proceedings relating to the Settlement Agreement are not, and shall not be construed as, used as, or deemed to be evidence of, an admission by or against Defendant of any claim, any fact alleged in the Litigation, any fault, any wrongdoing, any violation of law, or any liability of any kind on the part of Defendant or of the validity or certifiability for this Litigation or other litigation of any claims or class that have been, or could have been, asserted in the Litigation.

14. This Final Approval Order, and all statements, documents or proceedings relating to the Settlement Agreement shall not be offered or received or be admissible in evidence in any action or proceeding, or be used in any way as an admission or concession or evidence of any liability or wrongdoing by Defendant, or that Plaintiffs, any Class Member, or any other person has suffered any damage due to the Incident. Notwithstanding the above, the Settlement Agreement and this Final Approval Order may be filed in any action by Defendant, Class Counsel, or Class Members seeking to enforce the Settlement Agreement or the Final Approval Order.

Case No. 3:23-cv-00242-SLG, *Byers, et al. v. OrthoAlaska, LLC*
Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement
Page 8 of 9

Case 3:23-cv-00242-SLG    Document 50    Filed 03/21/25    Page 8 of 9

The Settlement Agreement and Final Approval Order shall not be construed or admissible as an admission by Defendant that Plaintiffs' claims or any similar claims are suitable for class treatment

DATED this 21st day of March, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00242-SLG, *Byers, et al. v. OrthoAlaska, LLC*
Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement
Page 9 of 9

Case 3:23-cv-00242-SLG   Document 50   Filed 03/21/25   Page 9 of 9